DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHIE KITTLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2101

[March 8, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case Nos. 17-000467 CF10A and 17-014780 CF10A.

Richie Kittles, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

On July 11, 2018, appellant was sentenced in Broward County circuit court case number 17-467CF10A. In its oral pronouncement, the court granted credit for time served "from January 11."

Appellant later filed a motion for correction of an illegal sentence under Florida Rule of Criminal Procedure 3.800(a), raising a discrepancy between his oral and written sentences. The trial court granted the motion and entered an amended written sentence reflecting an award of 181 days of jail credit. This appeal followed.

The period from January 11, 2018 to July 11, 2018 represents 182 days. Accordingly, this court ordered the state to file a response and show cause why the order should not be reversed and remanded for the trial court to correct the written sentence to conform to the oral pronouncement and reflect an additional day of jail credit.

The state's response concedes error. We therefore reverse the order granting appellant's rule 3.800(a) motion and remand for the trial court to

correct the written sentence to reflect an award of 182 days of jail credit in this case.

*Reversed and remanded with instructions.*

CIKLIN, GERBER and LEVINE, JJ., concur.

*    *    *

***Not final until disposition of timely filed motion for rehearing.***